UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

Order Filed on April 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Edward Small

Case Number: 22-12064

Judge:   Jerrold N. Poslusny

## ORDER FOR EXTENSION OF AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 13, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Edward Small
Case No.: 22-12064 JNP
Caption of Order: ORDER FOR EXTENSION OF AUTOMATIC STAY

**THIS MATTER**, being opened to the Court by Edward Small, by and through counsel, Joseph J. Rogers, Esquire, and the Court having considered the papers submitted herein, and for good cause having shown for the making and entry hereof it is hereby;

**ORDERED** that the Automatic Stay be and hereby is extended in the instant case as against all creditors as to property of the estate for the duration of this Chapter 13 case or until further order of the Court.