Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−12064−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward L. Small
   7 Foxwood Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−9605

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 2, 2022.

Dated: June 2, 2022
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Edward L. Small  
    Debtor

Case No. 22-12064-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jun 02, 2022      Form ID: plncf13      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward L. Small, 7 Foxwood Court, Sicklerville, NJ 08081-1307 |
| 519530970 | + | Economy Self Storage, 1651 Sicklerville Road, Sicklerville, NJ 08081-1337 |
| 519530971 | | Financial Recoveries, PO Box 1388, Mt Laurel, NJ 08054-7388 |
| 519530977 | + | KML Law Group PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519530975 | + | Kennedy Health, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 519530981 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519530968 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2022 20:53:23 | American InfoSource, Agent for Verizon, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519530969 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 02 2022 20:47:00 | Comenitycapital/boscov, Po Box 182125, Columbus, OH 43218-2125 |
| 519530972 | + | Email/Text: tlynch@gtmua.com | Jun 02 2022 20:48:00 | GTMUA, PO BOX 216, Glendora, NJ 08029-0216 |
| 519530974 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2022 20:47:00 | Internal Revenue Service, 955 South Springfield Avenue, Bankruptcy Department, Springfield, NJ 08071 |
| 519530978 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 02 2022 20:53:10 | Midfirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519530979 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 02 2022 20:53:27 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519582914 | | Email/Text: bnc-quantum@quantum3group.com | Jun 02 2022 20:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519530980 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 02 2022 20:53:27 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 519563373 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 02 2022 20:53:27 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519530982 | + | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | United States Attorneys Office, 970 Broad Street Room 700, Newark, NJ 07102-2527 |

| 519581094 | + | Email/PDF: ebn_ais@aisinfo.com | | |
|---|---|---|---|---|
| | | | Jun 02 2022 20:53:32 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519530973 | * | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519573963 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519530976 | ##+ | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Edward L. Small jjresq@comcast.net jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4