UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

REBECCA SOLARZ, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
rsolarz@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

Edward L. Small, Debtor(s)

Case No.: __22-12064 JNP__

Chapter: __13__

Hearing Date: __N/A__

Judge: __Jerrold N. Poslusny J__

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Notice of Postpetition Mortgage Fees, Expenses, and Charges

filed on or about 08/17/2022.

Date: 08/19/2022

/s/ Rebecca Solarz
Signature

*rev.8/1/15*