Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−12064−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Edward L. Small
  7 Foxwood Court
  Sicklerville, NJ 08081

Social Security No.:
  xxx−xx−9605

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 21, 2022.

Dated: December 21, 2022
JAN: cmf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 22-12064-JNP
Edward L. Small                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin                                                              Page 1 of 2
Date Rcvd: Dec 21, 2022     Form ID: plncf13                                        Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward L. Small, 7 Foxwood Court, Sicklerville, NJ 08081-1307 |
| 519530970 | + | Economy Self Storage, 1651 Sicklerville Road, Sicklerville, NJ 08081-1337 |
| 519530975 | + | Kennedy Health, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 519530981 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 21 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519530968 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 21 2022 20:57:22 | American InfoSource, Agent for Verizon, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519530969 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2022 20:48:00 | Comenitycapital/boscov, Po Box 182125, Columbus, OH 43218-2125 |
| 519530971 | ^ | MEBN | Dec 21 2022 20:48:05 | Financial Recoveries, PO Box 1388, Mt Laurel, NJ 08054-7388 |
| 519530972 | + | Email/Text: tlynch@gtmua.com | Dec 21 2022 20:48:00 | GTMUA, PO BOX 216, Glendora, NJ 08029-0216 |
| 519530974 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 21 2022 20:47:00 | Internal Revenue Service, 955 South Springfield Avenue, Bankruptcy Department, Springfield, NJ 08071 |
| 519530977 | ^ | MEBN | Dec 21 2022 20:48:08 | KML Law Group PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519530978 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 21 2022 20:57:46 | Midfirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519530979 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 21 2022 20:57:46 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519582914 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2022 20:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519530980 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 21 2022 20:57:36 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 519563373 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 21 2022 20:57:36 | U.S. Department of Housing and Urban |

Case 22-12064-JNP    Doc 38    Filed 12/23/22    Entered 12/24/22 00:15:03    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: plncf13 | Total Noticed: 19 |

| Recip ID | Bypass | Address | Date | Recipient |
|---|---|---|---|---|
| | | | | Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519530982 | + | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2022 20:48:00 | United States Attorneys Office, 970 Broad Street Room 700, Newark, NJ 07102-2527 |
| 519581094 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 21 2022 20:57:22 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519530973 | * | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519573963 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519530976 | ##+ | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2022      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Edward L. Small jjresq@comcast.net jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4