Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-12064 (JNP)

Edward L. Small  
7 Foxwood Court  
Sicklerville, NJ  08081

Monthly Payment: $8,971.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/05/2022 | $850.00 | 05/03/2022 | $850.00 | 06/07/2022 | $850.00 | 07/06/2022 | $1,201.00 |
| 08/09/2022 | $1,201.00 | 09/09/2022 | $1,201.00 | 10/07/2022 | $1,201.00 | 11/08/2022 | $800.00 |
| 12/19/2022 | $817.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | EDWARD L. SMALL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $3,950.00 | $3,950.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $800.00 | $0.00 | $800.00 | $0.00 |
| 1 | VERIZON BY AMERICAN INFOSOURCE | 33 | $159.41 | $0.00 | $159.41 | $0.00 |
| 2 | QUANTUM3 GROUP, LLC | 33 | $817.62 | $0.00 | $817.62 | $0.00 |
| 3 | ECONOMY SELF STORAGE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | FINANCIAL RECOVERIES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | GLOUCESTER TOWNSHIP | 24 | $88.13 | $14.74 | $73.39 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 28 | $39,273.99 | $0.00 | $39,273.99 | $0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 33 | $22,111.45 | $0.00 | $22,111.45 | $0.00 |
| 8 | KML LAW GROUP PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | KML LAW GROUP PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | KENNEDY HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MIDFIRST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDFIRST BANK | 24 | $1,679.09 | $1,679.09 | $0.00 | $0.00 |
| 13 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | UNITED STATES ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | UNITED STATES ATTORNEYS OFFICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2022 | 8.00 | $0.00 |
| 12/01/2022 | Paid to Date | $8,971.00 |
| 01/01/2023 | 51.00 | $825.00 |
| 04/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,971.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $2,567.98 |
| Arrearages: | $0.00 |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**