KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
Attorneys for MidFirst Bank

---

| | |
|---|---|
| IN THE MATTER OF:<br><br>Edward L. Small<br><br>     DEBTOR(S), | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br>CASE NO. 22-12064 JNP<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY** |
| TO:<br>Edward L. Small<br>7 Foxwood Court<br>Sicklerville, NJ 08081 | Joseph J. Rogers<br>900 Route 168<br>Washington Professional Campus, Suite I-4<br>Turnersville, NJ 08012<br><br>Isabel C. Balboa Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center - 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 |

PLEASE TAKE NOTICE THAT the undersigned attorney for **MidFirst Bank**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **401 Market Street, P.O. Box 2067; Camden, NJ**, for an Order to Grant Relief from the Automatic Stay to authorize the moving parties to prosecute a foreclosure action for the reason that the debtors have failed to maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification submitted herewith. Costs and counsel fees will also be requested. The property involved is known as **7 Foxwood Court, Sicklerville NJ 08081**. The hearing on this matter is scheduled for **August 01, 2023 at 11:00 AM.**

Dated: July 03, 2023                **/s/Denise Carlon, Esq.**
                                                    Denise Carlon, Esquire
                                                    KML Law Group, P.C.
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106
                                                    (215) 627-1322
                                                    dcarlon@kmllawgroup.com
                                                    Attorney for MidFirst Bank