# EXHIBIT C

MB0928-490

Record & Return To:

FTM Mortgage Company
535 Route 38 E., Suite 500
Cherry Hill, N.J. 08002
Attn. Document Control

RECORD AND RETURN TO:
VICTORIAN TITLE AGENCY, INC.
P/O BOX 117
HADDON HEIGHTS, NJ 08035

LOAN#
BORROWER: Small

## CORPORATION ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, and transfers to
**FTM MORTGAGE COMPANY**
**535 ROUTE 38 EAST, SUITE 500**
**CHERRY HILL, NEW JERSEY 08002**
all beneficial interest under that certain Mortgage dated   7-19-99
executed by:   Edward Small
to OAK MORTGAGE COMPANY, L.L.C.,   for the sum of $ 88,241.00
and recorded in book   volume:   page:
Instrument or Document No.   , on   , 1999 ,
of Official Records in the County Recorder's office of   Camden   County.
Property address: 7 Foxwood Court
City / Town,   Gloucester Township   , in the State of,   New Jersey
Describing land therein as:

** SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF **

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or accrue said Mortgage

Date   7-19-99

Prepared by:

OAK MORTGAGE COMPANY, L.L.C.
1000 Atrium Way, Suite 100, Mount Laurel, NJ 08054

BY _____
WILLIAM H. GELERNT, PRESIDENT

ATTEST _____
CATHY L. PIPOLO, SECRETARY

STATE OF NEW JERSEY
COUNTY OF CAMDEN
ON   7-19-99   , before me, the undersigned a Notary Public in and for said state and county personally appeared WILLIAM H. GELERNT & CATHY L. PIPOLO,   personally known to me or proved to me on this basis of satisfactory evidence to be the President that executed the within instrument, on behalf of the corporation therein named and acknowledge to me that such Corporation executed the within instrument pursuant to its By-law or resolution of its Board of Directors. Witness my hand and official seal in the state and county last aforesaid.

_____ (SEAL)
Notary Public

My Commission expires:

DIANE J. CUDD
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 19, 2003

AB0928-491

SCHEDULE A-4   LAND DESCRIPTION                              Application Number

ALL THAT CERTAIN land and premises situate in the Township of Gloucester, County of Camden and State of New Jersey, bounded and described as follows:

BEGINNING at a point in the Northwesterly curved line of Foxwood Court a distance of 240.28 feet Northeastwardly from the Northeasterly end of the Northwesterly line of Foxwood Court with the Northeasterly line of Dunlin Way said connecting curve having a radius of 20 feet said beginning point being in the division line between Lots 11 and 12, Block 457.6 on plan hereinafter mentioned; thence extending

(1) North 22 degrees 03 minutes 06 seconds West, along the division line between Lots 11 and 12, Block 457.6 on said plan a distance of 151.44 feet to a point corner to lands now or formerly of Samuel Gilbert; thence

(2) North 41 degrees 26 minutes 17 seconds East, along lands now or formerly of Samuel Gilbert a distance of 97.92 feet to a point corner to lands now or formerly of Lee R. Conover and Alice J. Conover, his wife; thence

(3) South 52 degrees 28 minutes 23 seconds East, along lands now or formerly of Lee R. Conover and Alice J. Conover, his wife, a distance of 97.84 feet to the division line between Lots 12 and 13, Block 457.6 on said plan; thence

(4) South 11 degrees 00 minutes 13 seconds West, along the division line between Lots 12 and 13, Block 457.6 on said plan a distance of 151.48 feet to a point in the Northwesterly curved line of Foxwood Court; thence

(5) Southwestwardly along the Northwesterly curved line of Foxwood Court curving to the left with a radius of 100 feet an arc distance of 57.69 feet to the point and place of beginning.

BEING known as Lot 12, Block 457.6 as shown on final plan of subdivision labeled "Plan of Lots; for Phase Court, Section 1-A Stone Bridge Run, prepared by Consulting Engineer Service dated November 17, 1976, which plan is filed in the Camden County Register of Deeds Office of February 22, 1977 as Map #596-7.

BEING Lot 12, Block 167.03 on the Tax Map.

Case 22-12064-JNP    Doc 42-5    Filed 07/03/23    Entered 07/03/23 13:20:09    Desc
Exhibit Exhibit C AOM    Page 4 of 15



MB0928-492

RECORDED-CAMDEN COUNTY
99 JUL 20 PM 3:07

RECORD AND RETURN TO
FTM Mortgage Company
535 Route 38 East, Suite 500
Cherry Tree Corporate Center
Cherry Hill, NJ 08002
Attn: Document Control

AB0939-0277

LOAN #: [redacted]    BORROWER: EDWARD SMALL,

## CORPORATION ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to:
**HOMESIDE LENDING, INC.
7301 BAYMEADOWS WAY
JACKSONVILLE, FL 32256**
all beneficial interest under that certain Mortgage dated    7/19/1999

executed by    EDWARD SMALL,,,

to FTM Mortgage Company, for the sum of $ 88241.00
and recorded in book 5146 volume: _____ page: 168 , on July 25th , 1999
Instrument or Document No. _____                                    liber _____ reel _____
of Official Records in the County Recorder's office of    CAMDEN                County,
NEW JERSEY                State.
Property Address: 7 FOXWOOD COURT, GLOUCESTER TWP., NJ 08081
Describing land therein as: **"MORE FULLY DESCRIBED IN ABOVE MENTIONED MORTGAGE"**

**SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF**

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or accrue said Mortgage.

Date:    8/3/1999

FTM Mortgage Company, 535 Route 38 East, Cherry Hill, NJ
A corporation existing under the laws of Pennsylvania.
**FTM MORTGAGE COMPANY**

_____    BY: _____
Witness                                Michael W. Conway,
                                       Senior Vice President

_____    ATTEST: _____
Prepared by                             Grace Y. Cruz,
                                        Assistant Secretary

STATE OF NEW JERSEY
COUNTY OF CAMDEN

ON,    8/3/1999    , before me, the undersigned a Notary Public in and for said state and county personally appeared Michael W. Conway and    Grace Y. Cruz,    personally known to me or proven to me on this basis of satisfactory evidence to be the Senior Vice President and Assistant Secretary of the Corporation that executed the within instrument, on behalf of the corporation therein named and acknowledge to me that such Corporation executed the within instrument pursuant to its by-law or resolution of its Board of Directors. Witness my hand and official seal in the state and county last aforesaid.

_____
Notary Public

DONNA M. McGRAW
Notary Public of New Jersey
My Commission Expires Oct. 9, 2003

FTM 5805 (3/99) p.p

AB0939-0278



AB0985-290

## ASSIGNMENT OF MORTGAGE

RECEIVED
MAY 1 1 2001
LOGS OUTSOURCING

**KNOW ALL MEN BY THESE PRESENTS:**

THAT HOMESIDE LENDING, INC., residing or located at 7022 A.C. SKINNER PARKWAY, SUITE 200, JACKSONVILLE, FL 32256 herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does by these presents assign to:

HAMPDEN SAVINGS BANK, residing or located at 7022 A.C. SKINNER PARKWAY, SUITE 200 JACKSONVILLE, FL 32256, herein designated as the assignee, a certain Mortgage dated July 19, 1999, made by EDWARD SMALL, on lands located in the TOWNSHIP of GLOUCESTER TOWNSHIP, in the County of CAMDEN, and State of New Jersey, to secure payment of the sum of $ 88241.00 Dollars which mortgage is recorded or registered in the Clerk's/Register's office of the County of CAMDEN in book 5146 of mortgages on page 168.

Together with the Bond, Note, or other Obligation therein described, and the money due and to grow due thereon with the interest. *To have and to hold* the same unto the said Assignee forever, subject only to all the provisions contained in the said Mortgage and the Bond, Note or other Obligation. And the said assignor hereby constitutes and appoints the Assignee as the Assignor's true and lawful attorney, irrevocable in law or in equity, in the Assignor's name, place and stead but at the Assignor's cost and expense, to have, use and take all lawful ways and means for the recovery of all the said money and interest; and in case of payment, to discharge the same as fully as the Assignor might or could do if these presents were not made. And the Assignor covenants, that there is now due and owing upon the said Mortgage and the Bond, Note or other Obligation secured thereby, the sum of $ 88241.00 Dollars principal with interest thereon to be computed at the rate of 8.00 percent per year from July 19, 1999 and that there are no set-offs, counterclaims or defenses against the same, in law or in equity, nor have there been any modifications or other changes in the original terms thereof, other than as stated herein.

In all references herein to any parties, persons, entities, or corporations the use of any particular gender of the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

*In Witness Whereof,* the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed this __14__ day of ____May____ 2001.

*Signed, sealed, and delivered*
*in the presence of or attested by*

HOMESIDE LENDING, INC.

_____
Secretary Belinda Throadgil
Asst. Secretary

_____
President
Kelly J. Riggs, Vice President

(Corporate Seal)

STATE OF Florida ) 
                 ) SS.
COUNTY OF Duval  )

A0 0985-292

RECEIVED
MAY 11 2001
LOSS OUTSOURCING

I certify that on __May 14__, 20_01_, __Kely J. Higgin__ personally came before me, and this person acknowledged under oath, to my satisfaction, that:

(a) this is the __Asst.__ secretary of HOMESIDE LENDING, INC. named in this document;

(b) this person is the attesting witness to the signing of this document by the proper corporate officer who is the __Vice__ president of the corporation;

(c) this document was signed and delivered by the corporation as its voluntary act duly authorized by a proper resolution of its Board of Directors;

(d) this person knows the proper seal of the corporation which was affixed to this document; and

(e) this person signed this proof to attest to the truth of these facts.

Signed and sworn to before me on

__May 14__, 20_01_

_[signature]_
Notary Public

(Notary Name and Seal)

## ASSIGNMENT OF MORTGAGE

HOMESIDE LENDING, INC.

TO

HAMPDEN SAVINGS BANK

DATED: May 14, 2001

RECORD AND RETURN TO:
SHAPIRO & KREISMAN
406 Lippincott Drive, Suite J
Marlton, New Jersey 08053
(856) 810-1700

BBM01-40119
BBM LOAN

01 JUN -6 PM 3:19
Recorded Camden County

_[signature]_ James Beach
CAMDEN COUNTY CLERK



# Camden County
## Document Summary Sheet

CAMDEN COUNTY, NJ
CAMDEN COUNTY CLERK'S OFFICE
G/L ASSN-OR BOOK 12374 PG 1389
RECORDED 06/22/2023 12:22:18
FILE NUMBER
RCPT # 2636304; RECD BY: eRecord
RECORDING FEES 60.00
MARGINAL NOTATION FEE 10.00

CAMDEN COUNTY CLERK

520 MARKET ST
CAMDEN NJ 08102

**Official Use Only**

| Transaction Identification Number | | 6700217 | 8161331 |
|---|---|---|---|
| Submission Date *(mm/dd/yyyy)* | 06/13/2023 | **Return Address** *(for recorded documents)* | |
| No. of Pages *(excluding Summary Sheet)* | 3 | MIDFIRST BANK - MM DOC | |
| Recording Fee *(excluding transfer tax)* | $60.00 | 501 NW GRAND BLVD | |
| Realty Transfer Tax | $0.00 | OKLAHOMA CITY, OK 73118 | |
| Total Amount | $60.00 | | |
| Document Type | ASSIGNMENT OF MORTGAGE | | |

**Municipal Codes**
CAMDEN COUNTY             99

**Batch Type**    L2 - LEVEL 2 (WITH IMAGES)

843181

Additional Information (Official Use Only)

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF CAMDEN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Page 1 of 2

# Camden County
## Document Summary Sheet

| | | | | | |
|---|---|---|---|---|---|
| **ASSIGNMENT OF MORTGAGE** | **Type** | ASSIGNMENT OF MORTGAGE | | | |
| | **Consideration** | | | | |
| | **Submitted By** | SIMPLIFILE, LLC. (SIMPLIFILE) | | | |
| | **Document Date** | 05/30/2023 | | | |
| | **Reference Info** | | | | |
| | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| | | 5146 | 0168 | | |
| | **ASSIGNOR** | Name | | Address | |
| | | BERKSHIRE BANK | | | |
| | | HAMPDEN BANK | | | |
| | | HAMPDEN SAVINGS BANK | | | |
| | | EDWARD SMALL | | | |
| | **ASSIGNEE AND MORTGAG** | Name | | Address | |
| | | HOMESIDE LENDING INC | | | |
| | **Parcel Info** | | | | |
| | Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | | |

*** DO NOT REMOVE THIS PAGE.**
**COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF CAMDEN COUNTY FILING RECORD.
RETAIN THIS PAGE FOR FUTURE REFERENCE.**

Page 2 of 2

BK 12374 PG 1390

Prepared By and Return to:
Debbie Hannah
MidFirst Bank
Attn: Documentation Department
999 NW Grand Boulevard, Suite 100
Oklahoma City, OK 73118

Loan ▮▮▮▮▮▮

## GAP ASSIGNMENT OF MORTGAGE

**This GAP Assignment of Mortgage is being recorded to correct the GAP between the Assignment of Mortgage from HOMESIDE LENDING, INC. to HAMPDEN SAVINGS BANK, recorded on 05/16/2001 as in Book AB0985, Page 290, and the Assignment of Mortgage/Deed of Trust from HOMESIDE LENDING, INC., to MIDFIRST BANK, recorded on 11/25/2002, in Book AB1018, Page 0401, in the Office of the Recorder, County of Camden, State of New Jersey.**

FOR VALUE RECEIVED, BERKSHIRE BANK, successor by merger of HAMPDEN BANK f/k/a HAMPDEN SAVINGS BANK, P.O. Box 1308, Pittsfield, MA 01202, (hereinafter called the "Assignor"), does hereby grant, convey, assign, transfer, and set over to HOMESIDE LENDING, INC., 7022 A.C. Skinner Parkway, Suite 200, Jacksonville, FL 32256, (hereinafter called the "Assignee"), its successors and assigns, all of the Assignor's rights, title and interest in and to:

1. The Promissory Note (herein called the "Note"), evidencing the indebtedness secured by the Mortgage.

2. The Mortgage dated 07/19/1999, executed by Edward Small, to OAK MORTGAGE COMPANY, L.L.C., recorded on 07/28/1999 as Instrument No. 51460168, in Book MB5146, Page 0168, modified on 08/13/2010, recorded on 09/28/2010, as Instrument No. 2010062407, in Book OR 09292, Page 0714, modified on 02/22/2012, recorded on 03/12/2012, as Instrument No. 2012016557, in Book OR 09554, Page 1978, modified on 05/01/2018, recorded on 07/17/2018, as Instrument No. 2018050261, in Book OR 10926, Page 1176, in the office of the Recorder, Camden County, State of New Jersey, and covers the following real property and all improvements:

SEE ATTACHED LEGAL DESCRIPTION.

Original Principal Amount: $88,241.00

Property Address: 7 Foxwood Court, Gloucester Twp., NJ 08081

In Witness Whereof, the undersigned corporation has caused this instrument to be executed this 30th day of May, 2023.

BERKSHIRE BANK, successor by merger of
HAMPDEN BANK f/k/a HAMPDEN SAVINGS
BANK

*Kathleen M. Wronski*
Kathleen M. Wronski, AVP/Retail Loan Servicing

BK 12374 PG 1391

State of Massachusetts
County of Berkshire

On this 30th day of May, 2023, before me, a Notary Public, in and for said county, personally appeared Kathleen M. Wronski, to me personally known, who being by me duly sworn did say that he/she is the AVP Retail Loan Servicing of BERKSHIRE BANK, successor by merger of HAMPDEN BANK f/k/a HAMPDEN SAVINGS BANK, and that the within instrument was signed on behalf of said corporation by authority of its Board of Directors, and that they acknowledged the execution of said instrument to be the voluntary act and deed of said corporation, executed for the uses and purposes set forth.

In testimony whereof, I have hereunto set my hand and official seal this 30th day of May, 2023.

Notary Public Lauran M. Laurent    NAME
My Commission Expires: 11/01/2024    DATE

LAURAN M. LAURENT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 1, 2024

BK 12374 PG 1392

MFB

### EXHIBIT "A" LEGAL DESCRIPTION

ALL THAT CERTAIN land and premises situate in the Township of Gloucester, County of Camden and State of New Jersey, bounded and described as follows:

BEGINNING at a point in the Northwesterly curved line of Foxwood Court a distance of 240.28 feet Northeastwardly from the Northeasterly end of the Northwesterly line of Foxwood Court with the Northeasterly line of Dunlin Way said connecting curve having a radius of 20 feet said beginning point being in the division line between Lots 11 and 12, Block 457.6 on plan hereinafter mentioned; thence extending

(1) North 22 degrees 03 minutes 06 seconds West, along the division line between Lots 11 and 12, Block 457.6 on said plan a distance of 151.44 feet to a point corner to lands now or formerly of Samuel Gilbert; thence

(2) North 41 degrees 26 minutes 17 seconds East, along lands now or formerly of Samuel Gilbert a distance of 97.92 feet to a point corner to lands now or formerly of Lee R. Conover and Alice J. Conover, his wife; thence

(3) South 52 degrees 28 minutes 23 seconds East, along lands now or formerly of Lee R. Conover and Alice J. Conover, his wife, a distance of 97.84 feet to the division line between Lots 12 and 13, Block 457.6 on said plan; thence

(4) South 11 degrees 00 minutes 13 seconds West, along the division line between Lots 12 and 13, Block 457.6 on said plan a distance of 151.48 feet to a point in the Northwesterly curved line of Foxwood Court; thence

(5) Southwestwardly along the Northwesterly curved line of Foxwood Court curving to the left with a radius of 100 feet an arc distance of 57.69 feet to the point and place of beginning.

BEING known as Lot 12, Block 457.6 as shown on final plan of subdivision labeled "Plan of Lots: for Phase Court, Section 1-A Stone Bridge Run, prepared by Consulting Engineer Service dated November 17, 1976, which plan is filed in the Camden County Register of Deeds Office of February 22, 1977 as Map #596-7.

BEING Lot 12, Block 167.03 on the Tax Map.

Being Commonly known as 7 Foxwood Court Gloucester Twp., NJ 08081

BK 12374 PG 1393

HSL Loan No ▮
Pool No ▮
Loan No ▮

THIS DOCUMENT WAS PREPARED BY
AND WHEN RECORDED MAIL TO
MIDFIRST BANK / MAIL PROCESSING
2730 N PORTLAND
OKLAHOMA CITY, OK
ATTN
Prepared By  J Umanenc

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST

For good and valuable consideration the sufficiency of which is hereby acknowledged, the undersigned

**HOMESIDE LENDING, INC**

whose address is 7301 BAYMEADOWS WAY JACKSONVILLE FLORIDA 32256 (Assignor)

By these presents does convey, grant, bargain, sell, assign, transfer and set over to

**MIDFIRST BANK**

whose address is 999 N W GRAND BOULEVARD SUITE 100 OKLAHOMA CITY OK 73118 (Assignee)

the described Mortgage/Deed of Trust together with the certain note(s) described therein with all interest, all liens and any rights due or to become due thereon

Said Mortgage/Deed of Trust is recorded in the State of NEW JERSEY, County of CAMDEN

| | | | |
|---|---|---|---|
| Official Records on 07/28/1999 | Original Loan Amount  $88,241.00 | | Mortgage Date  07/19/1999 |
| Original Mortgagor  EDWARD SMALL, Trustee | | | |
| Instr # 1215354 | Doc # | Cert # | Book MB5146  Page 0168 |
| Legal | | Mortgagee OAK MORTGAGE COMPANY, L L C | |
| Section | Lot | Block | |
| Property/Tax ID # | | Group # 0 | District # 0 |
| Address  7 FOXWOOD COURT GLOUCESTER TWP, NJ 08081 | | | |
| Date  05/31/2002 | | HOMESIDE LENDING, INC | |

TAMMY L WHITING, VICE PRESIDENT,

TANGERINE HARRISON, ASSISTANT SECRETARY

STATE of FLORIDA  COUNTY of DUVAL

The foregoing instrument was acknowledged before me this 31st day of May 2002 by TAMMY L WHITING, VICE PRESIDENT and TANGERINE HARRISON ASSISTANT SECRETARY of HOMESIDE LENDING, INC  7301 BAYMEADOWS WAY, JACKSONVILLE, FLORIDA 32256  A FLORIDA Corporation, on behalf of the corporation  He/She is personally known to me and did take an oath.

KATHY J CHOAT, Notary Public
State of FLORIDA at Large  My Commission Expires

Kathy J Choat
MY COMMISSION # DD027011 EXPIRES
May 17 2005
BONDED THRU TROY FAIN INSURANCE, INC

07/19/2002 GWEN AUSTIN Batch # 2 SaleID MDF072

DLAND MORTGAGE CO
TTN DOCUMENTATION DEPARTMENT
BOX 26648
KLAHOMA CITY, OK 73126



02 NOV 25 PM 2:42

RECORDED-CAMDEN COUNTY