# EXHIBIT D

| UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u><br>Caption in Compliance with D.N.J.LBR 9004-1<br>Denise Carlon<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>MidFirst Bank | CASE NO. 22-12064 JNP<br>CHAPTER 13<br>Hearing Date:<br>Hearing Time:<br>Judge: Jerrold N. Poslusny Jr. |
|---|---|
| In re:<br><br>Edward L. Small | |

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 07/19/1999

I, Crystal Baker, employed as Vice President by MidFirst Bank, hereby certifies the following information:

Recorded on July 28, 1999, in Camden County, in Book MB5146, Page 0168.

Property Address: 7 Foxwood Court, Sicklerville NJ 08081.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Edward L. Small

POST-PETITION PAYMENTS (Petition filed on March 15, 2022)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
|  |  | To Suspense | $1,578.52 | 04/06/2022 | $1,578.52 |
| $1,430.73 | 04/01/2022 | 04/2022 | From Suspense | 04/18/2022 | $147.79 |
| $1,430.73 | 05/01/2022 | 05/2022 | $1,430.73 | 05/06/2022 | $147.79 |
| $1,430.73 | 06/01/2022 | 06/2022 | $1,430.73 | 06/06/2022 | $147.79 |
|  |  | To Suspense | $1,430.73 | 07/06/2022 | $1,578.52 |
| $1,430.73 | 07/01/2022 | 07/2022 | From Suspense | 07/12/2022 | $147.79 |
|  |  | To Suspense | $1,439.73 | 08/10/2022 | $1,587.52 |
|  |  | To Suspense | $1,439.73 | 08/12/2022 | $3,027.30 |
| $1,439.73 | 08/01/2022 | 08/2022 | From Suspense | 08/15/2022 | $1,587.52 |
|  |  | To Suspense | $1,430.73 | 09/19/2022 | $3,018.25 |
| Loan Modification Agreement Included Payments Through 10/2022 ||||||
| $1,582.22 | 11/01/2022 | 11/2022 | From Suspense | 11/01/2022 | $1,436.03 |
| $1,155.88 |  | Expense Advances | From Suspense | 11/08/2022 | $280.15 |
| $60.00 |  | Inspection Fees | From Suspense | 11/08/2022 | $220.15 |

| $72.41 | | BK Fees | From Suspense | 11/08/2022 | $147.74 |
|---|---|---|---|---|---|
| | | To Suspense | $60.00 | 11/21/2022 | $207.74 |
| $1,582.22 | 12/01/2022 | 12/2022 | $1,582.22 | 11/22/2022 | $207.74 |
| | | To Suspense | $925.00 | 11/23/2022 | $1,132.74 |
| $1,582.22 | 01/01/2023 | 01/2023 | $1,582.22 | 12/28/2022 | $1,132.74 |
| ($1,582.22) | | 01/2023 Reversal | ($1,582.22) | 01/06/2023 | $1,132.74 |
| $1,582.22 | 01/01/2023 | 01/2023 | $1,582.22 | 02/08/2023 | $1,132.74 |
| | | To Suspense | $1,582.22 | 03/27/2023 | $2,714.96 |
| | | NSF Reversal | ($1,582.22) | 04/03/2023 | $1,132.74 |
| | | To Suspense | $1,582.22 | 04/18/2023 | $2,714.96 |
| $1,582.22 | 02/01/2023 | 02/2023 | From Suspense | 04/20/2023 | $1,132.74 |
| $1,582.22 | 03/01/2023 | 03/2023 | $1,582.22 | 05/16/2023 | $1,132.74 |
| ($1,582.22) | | 03/2023 Reversal | ($1,582.22) | 05/24/2023 | $1,132.74 |
| | | To Suspense | $1,582.22 | 06/08/2023 | $2,714.96 |
| $1,582.22 | 03/01/2023 | 04/2023 | From Suspense | 06/19/2023 | $1,132.74 |
| $1,582.22 | 04/01/2023 | | $0.00 | | $1,132.74 |
| $1,582.22 | 05/01/2023 | | $0.00 | | $1,132.74 |
| $1,582.22 | 06/01/2023 | | $0.00 | | $1,132.74 |
| **Total Due: $21,108.70** | | **Total Received: $17,494.78** | | **Arrears: $3,613.92** | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $1,582.22
(Monthly payment+late charge)=$1,582.22 as of November 01, 2022

Each current monthly payment is comprised of:
Effective as of November 01, 2022, the current monthly payment is comprised of:
    Principal and Interest:   $874.61
    R.E. Taxes:   $_____
    Insurance:   $_____
    Other:   $707.61 (Specify: Escrow)
    TOTAL   $1,582.22

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change: Filed 06/28/2022 effective 08/01/2022, filed 01/09/2023 effective 11/01/2022.

PRE-PETITION ARREARS: $20,932.72

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 6.29.2023

Signature: *Crystal Baker*
Crystal Baker
Vice President