UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Movant:  MidFirst Bank

Case No.:    22-12064 JNP

Chapter:    13

In Re:

   Edward L. Small
              Debtor/Respondent

            Co-Debtor/Respondent

Adv. No.:    _____

Hearing Date:

Judge:    Jerrold N. Poslusny Jr.

## CERTIFICATION OF SERVICE

1. I, Thomas Diruscio

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, Esquire, who represents the Movant in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On July 3, 2023 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion for Relief of Automatic Stay
    - Certification of Support in Motion of Relief from Automatic Stay
    - Proposed Order
    - Certification of Service

3. I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: July 3, 2023           /S/ Thomas Diruscio
                                  Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Edward L. Small<br>7 Foxwood Court<br>Sicklerville, NJ 08081 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
|  | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| ROGERS, JOSEPH J.<br>900 Route 168<br>Washington Professional Campus, Suite I-4<br>Turnersville, NJ 08012 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Balboa, Isabel C.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center - 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |

*rev. 8/1/16*

2