| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>Sentry Office Plz<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for MidFirst Bank | |
| In Re:<br><br>  Edward L. Small<br><br><br>            Debtor(s) | Case No.:     22-12064 JNP<br><br>Chapter:       13<br><br>Hearing Date: August 1, 2023<br><br>Judge:         Jerrold N. Poslusny Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒Settled ☐ Withdrawn

Matter: Motion for Relief from Stay re: 7 Foxwood Court, Sicklerville, NJ (Docket # 42)

_____

Date: July 27, 2023                             /s/Denise Carlon
                                                Signature

*rev. 8/1/15*