UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Barbara J Snavely, Esquire (BJS5526)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
TEL (856) 228-7964 FAX (856) 228-7965
B_Snavely@comcast.net

Order Filed on December 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edward Small

Case No.: 22-12064 JNP

Chapter: 13

Judge: Jerrold Poslusny

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 12, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Barbara J Snavely_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____ for a total of $_____400_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____881_____ per month for ____39____ months to allow for payment of the above fee.

*rev.8/1/15*