# Office of the Chapter 13 Standing Trustee

## Andrew B. Finberg, Chapter 13 Standing Trustee

Joni L. Gray, Counsel
Jennifer R. Gorchow, Staff Attorney
William H. Clunn, III, Staff Attorney

Lu'Shell K. Alexander*
Jennie P. Archer*
Kelleen E. Stanley*
Kimberly A. Talley*

*Certified Bankruptcy Assistant

October 1, 2024

Clerk of the Court
UNITED STATES BANKRUPTCY COURT
Mitchell H. Cohen Federal Courthouse
1 John F. Gerry Plaza
4th and Cooper, 4th Floor
Camden, NJ 08101

RE:   Chapter 13 Bankruptcy
      Debtor's Name: Edward L. Small
      Case No: 22-12064 (JNP)

Dear Judge Jerrold N. Poslusny, Jr.,

Please be advised that on October 1, 2024, the Stipulation (docket #72) was filed with the court in reference to the above captioned case. Please note that this was filed in error. Therefore, please withdraw the Stipulation (docket #72) which was filed on October 1, 2024. Should you have any questions regarding this matter please feel free to contact this office.

As always, the courtesy of the court is appreciated.

Very truly yours,

OFFICE OF THE CHAPTER 13
STANDING TRUSTEE

/s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978