| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Barbara J Snavely, Esquire (BJS5526)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>TEL (856) 228-7964 FAX (856) 228-7965<br>B_Snavely@comcast.net<br><br>In Re:<br>Edward Small | Order Filed on October 4, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 22-12064 JNP<br>Chapter: 13<br>Judge: Jerrold Poslusny |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 4, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Barbara J Snavely_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____ for a total of $_____400_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____896_____ per month for _____30_____ months to allow for payment of the above fee.

*rev.8/1/15*

2