Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−12064−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward L. Small
   7 Foxwood Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−9605

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/27/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 27, 2025
JAN: kvr

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-12064-JNP

Edward L. Small     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: Jan 27, 2025     Form ID: 148     Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward L. Small, 7 Foxwood Court, Sicklerville, NJ 08081-1307 |
| 519530970 | + | Economy Self Storage, 1651 Sicklerville Road, Sicklerville, NJ 08081-1337 |
| 519530976 | + | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |
| 519530975 | + | Kennedy Health, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 519530981 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2025 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2025 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519530968 | + | EDI: AIS.COM | Jan 28 2025 01:25:00 | American InfoSource, Agent for Verizon, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519530969 | + | EDI: WFNNB.COM | Jan 28 2025 01:25:00 | Comenitycapital/boscov, Po Box 182125, Columbus, OH 43218-2125 |
| 519530971 | ^ | MEBN | Jan 27 2025 20:37:27 | Financial Recoveries, PO Box 1388, Mt Laurel, NJ 08054-7388 |
| 519530972 | + | Email/Text: tlynch@gtmua.com | Jan 27 2025 20:39:00 | GTMUA, PO BOX 216, Glendora, NJ 08029-0216 |
| 519530974 | | EDI: IRS.COM | Jan 28 2025 01:25:00 | Internal Revenue Service, 955 South Springfield Avenue, Bankruptcy Department, Springfield, NJ 08071 |
| 519530977 | ^ | MEBN | Jan 27 2025 20:37:30 | KML Law Group PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519530978 | + | EDI: AISMIDFIRST | Jan 28 2025 01:25:00 | Midfirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519530979 | + | EDI: AISMIDFIRST | Jan 28 2025 01:25:00 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519582914 | | EDI: Q3G.COM | Jan 28 2025 01:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519530980 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 27 2025 20:46:50 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 519563373 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 27 2025 20:46:50 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |

Case 22-12064-JNP    Doc 81    Filed 01/29/25    Entered 01/30/25 00:16:06    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2025 | Form ID: 148 | Total Noticed: 20 |

| 519530982 | + Email/Text: usanj.njbankr@usdoj.gov | | | |
|---|---|---|---|---|
| | | Jan 27 2025 20:39:00 | United States Attorneys Office, 970 Broad Street Room 700, Newark, NJ 07102-2527 | |
| 519581094 | + EDI: AIS.COM | Jan 28 2025 01:25:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519530973 | * | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519573963 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Edward L. Small jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6